In the Matter of ERIE RAILROAD COMPANY et al., Appellants,
against STATE TAX COMMISSION, Respondent.

Argued October 7, 1940; decided November 13, 1940.

674

*Robert E. Whalen* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Edward J. Gretchen* and *Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: FINCH, J.